IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE )
COMPANY,                     )
                             )
    Plaintiff,               )
                             )
v.                           )   Case No: 6:10-CV-3097
                             )
                             )
DORIAN DADE, DENNIS DADE, and )
DOLORES E. SOLTES            )
                             )
    Defendants.              )

## ORDER AND JUDGMENT

All defendants in this matter having submitted a joint motion to the Court, it is on this 29th day of June, 2011 hereby **ORDERED** as follows:

1. The parties' Joint Motion To Enter Judgment is hereby **GRANTED**;

2. The Plaintiff in this matter having previously paid into Court the principal sum of Seven Thousand Nine Hundred Seventeen Dollars and Seventeen Cents ($7,917.17), judgment is hereby entered in favor of each of the defendants herein as follows:

   | | |
   |---|---|
   | Dorian Dade | $950.00 |
   | Dennis Dade | $950.00 |
   | Dolores E. Soltes | $6,017.17 |
   | Total | $7,917.17; |

3. In addition to such sums, defendant Dolores E. Soltes is entitled to receive all of the interest earned on all the funds previously paid into Court;

1

4.  The Clerk of the Court is directed to issue and mail to Mr. John O. Russo, Bailey & Russo, 714 South Church Street, Mountain Home, AR 72653, counsel for the Dade defendants, one check made payable to "Dorian Dade" in the amount of Nine Hundred and Fifty Dollars ($950.00) and one check made payable to "Dennis Dade" Nine Hundred and Fifty Dollars ($950.00).

5.  The Clerk of the Court is directed to issue and mail to Mr. Robert D. Curran, Curran Law Firm, 3516 South National Avenue, Springfield MO 65807, counsel for Ms. Soltes, a check made payable to "Dolores E. Soltes" in an amount equal to (i) Six Thousand Seventeen Dollars and Seventeen Cents ($6,017.17) plus (ii) all interest earned on all the funds previously paid into Court in this matter.

**IT IS SO ORDERED.**

_____
JOHN T. MAUGHMER
US MAGISTRATE JUDGE